IN THE SUPREME COURT OF THE STATE OF DELAWARE

IRV EDWARDS, M.D., MARK BELL, M.D., BRUCE HENSEL, M.D., and STEVE MARON, M.D.,

Plaintiffs Below,
Appellants,

v.

GIGACQUISITIONS2, LLC, GIGCAPITAL2, INC., UPHEALTH, INC., AVI KATZ, RALUCA DINU, CHIRINJEEV KATHURIA, THE NEEDHAM GROUP, INC., and NEEDHAM & COMPANY, LLC,

Defendants Below,
Appellees.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 356, 2025

Court Below:  Court of Chancery of the State of Delaware

C.A. No. 2024-0591

Submitted:  January 21, 2026
Decided:    February 10, 2026

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 10th day of February, 2026, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated July 25, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice